UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAMELA RAGHEBI and AFSHIN RAGHEBI,

    Plaintiffs,

v.

MICHAEL R. POMPEO, *et al.*,

    Defendants.

Case No. 2:19-cv-1885-BJR

ORDER HOLDING CASE IN ABEYANCE FOR 30 DAYS.

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 30 days from the date of this Order, and that parties shall file a Joint Status Report with the Court on or before the conclusion of the 30-day period. The Court hereby VACATES the response and reply deadlines as to Defendants' motion to dismiss and VACATES its order setting initial discovery deadlines.

IT IS SO ORDERED this 11th day of February, 2020.

                        BARBARA JACOBS ROTHSTEIN
                        United States District Judge